Francis E. WALKER, as Administrator of the Estate of James H. Walker, deceased, Libellant-Appellee, v. UNITED STATES of America, Respondent-Appellant.

No. 139, Docket 22204.

United States Court of Appeals Second Circuit.

Argued Jan. 17, 1952.

Decided Feb. 5, 1952.

From a decree in admiralty awarding damages to Francis E. Walker, Administrator of the Estate of James H. Walker, the respondent, United States of America, appeals.

Myles J. Lane, U. S. Atty., Arthur M. Boal and Tompkins, Boal & Tompkins, all of New York City, for United States of America, respondent-appellant.

Benjamin B. Sterling, Herman N. Rabson and Betty H. Olchin, all of New York City, for libellant-appellee.

Before AUGUSTUS N. HAND and CLARK, Circuit Judges, and BRENNAN, District Judge.

PER CURIAM.

Affirmed on opinion of Goddard, J., 102 F.Supp. 618.

Catherine HEIN, Appellant, v. John R. CRANOR, Superintendent of the Washington State Penitentiary at Walla Walla, Washington, Appellee.

No. 13027.

United States Court of Appeals Ninth Circuit.

Jan. 31, 1952.

James Tynan, Everett, Wash., for appellant.

Smith Troy, Atty. Gen., State of Wash., Jennings P. Felix, Asst. Atty. Gen., Harold J. Hall, Deputy Pros. Atty., Snohomish County, Everett, Wash., for appellee.

Before DENMAN, Chief Judge, and HEALY and ORR, Circuit Judges.

PER CURIAM.

The order is affirmed on the Findings of Fact and Conclusions of Law and on the opinion of the district court.